CAT 3  JUDGE BLAKEY
MAGISTRATE JUDGE JANTZ

FILED
10/30/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HARALD NICOLAE POPESCU,<br>    also known as "Andrle Matej" | 23-CR-314<br><br>Violation: Title 18, United States Code, Sections 1029(a)(4) |

The UNITED STATES ATTORNEY charges:

Between on or about January 18, 2023, and on or about May 8, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

HARALD NICOLAE POPESCU,
    also known as "Andrle Matej,"

defendant herein, did knowingly, and with intent to defraud, produce, traffic in, have control or custody of, and possess device-making equipment, and such offense affected interstate and foreign commerce;

In violation of Title 18, United States Code, Section 1029(a)(4).

MICHELLE PETERSEN  *Digitally signed by MICHELLE PETERSEN Date: 2023.10.17 21:16:03 -05'00'*  for MP
ACTING UNITED STATES ATTORNEY